ELIZABETH C. LOUGHLIN, as Administratrix of the Estate of DANIEL F. LOUGHLIN, Deceased, Respondent, *v.* EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Appellant.

*Loughlin* v. *Edison Electric Ill. Co. of Brooklyn*, 136 App. Div. 916, reversed.

(Argued January 13, 1911; decided February 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 31, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*William A. Jones, Jr.,* for appellant.

*Oswald N. Jacoby* and *Nathaniel A. Elsberg* for respondent.

Judgment reversed, new trial granted, costs to abide event, on dissenting opinion of BURR, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER and COLLIN, JJ. Dissenting: VANN and HISCOCK, JJ.